IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00685-NYW

CYNTHIA KOHLS,

Plaintiff,

v.

OFFICEMAX NORTH AMERICA, INC,
D.H. PACE COMPANY, INC., d/b/a D.H. Pace Door Services, d/b/a D.H. Pace Systems Integration, and
STANLEY BLACK & DECKER, INC., d/b/a Stanley Access Technologies, LLC,

Defendants.

## MINUTE ORDER

Minute Order Entered by Magistrate Judge Nina Y. Wang

IT IS ORDERED that a Status Conference is set for **April 22, 2016 at 9:30 a.m.**, in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.

IT IS FURTHER ORDERED that the parties shall complete the Consent/Nonconsent Form on or before April 8, 2016.

DATED:  March 25, 2016