## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00685-NYW

CYNTHIA KOHLS,

    Plaintiff,

v.

OFFICEMAX NORTH AMERICA, INC,
D.H. PACE COMPANY, INC., d/b/a D.H. Pace Door Services, d/b/a D.H. Pace Systems Integration, and
STANLEY BLACK & DECKER, INC., d/b/a Stanley Access Technologies, LLC,

    Defendants.

___

## ORDER
___

Magistrate Judge Nina Y. Wang

    This matter comes before the court pursuant to 28 U.S.C. § 636(c) and Rule 73 of the Federal Rules of Civil Procedure on three pending motions: (1) the Stipulated Motion to Dismiss with Prejudice filed by Plaintiff Cynthia Kohls ("Plaintiff" or "Ms. Kohls") and Defendant Stanley Access Technologies, LLC d/b/a Stanley Black & Decker, Inc. [#27]; (2) the Stipulated Motion to Dismiss with Prejudiced filed by Plaintiff and Defendant D.H. Pace Company, Inc. d/b/a D.H. Pace Door Services, and D. H. Pace Systems Integration [#28]; and (3) the Motion to Withdraw filed by attorney Brian Petroff [#29]. Upon consideration of these motions, and finding good cause, **IT IS ORDERED** that:

    (1)    The Stipulated Motion to Dismiss with Prejudice filed by Plaintiff Cynthia Kohls and Defendant Stanley Access Technologies, LLC d/b/a Stanley Black & Decker, Inc. [#27] is **GRANTED** [#27];

    (2)    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant Stanley Access Technologies, LLC d/b/a Stanley Black & Decker, Inc. are **DISMISSED WITH**

**PREJUDICE**, with each party bearing her or its own fees and costs;

(3)     The Stipulated Motion to Dismiss with Prejudiced filed by Plaintiff Cynthia Kohls and Defendant D.H. Pace Company, Inc. d/b/a D.H. Pace Door Services, and D. H. Pace Systems Integration is **GRANTED** [#28];

(4)     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant D.H. Pace Company, Inc. d/b/a D.H. Pace Door Services, and D. H. Pace Systems Integration are **DISMISSED WITH PREJUDICE**, with each party bearing her or its own fees and costs;

(5)     The Motion to Withdraw [#29] is **GRANTED** [#29], and Mr. Petroff will be permitted to withdraw as counsel in this matter; and

(6)     The Clerk of the Court is directed to **TERMINATE** Mr. Petroff as counsel in this matter and remove him from any further service through the Electronic Court Filing system.

DATED:  April 14, 2016                                      BY THE COURT:

                                                            s/ Nina Y. Wang
                                                            Nina Y. Wang
                                                            United States Magistrate Judge